# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00071-CV

**Padraic Deighan and DermAmerica, Inc., Appellants**

**v.**

**Abha Misra, Appellee**

==================================================================

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT**
**NO. GN303238, HONORABLE PETER M. LOWRY, JUDGE PRESIDING**

==================================================================

## M E M O R A N D U M   O P I N I O N

Appellants Padraic Deighan and DermAmerica, Inc., and appellee Abha Misra filed a joint motion to dismiss this appeal, stating that they have reached a settlement. Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Joint Motion

Filed: May 3, 2005